# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAUL J. MCARDLE,

        Petitioner

        v.

JOSEPH W. HUFNAGEL, MARGARET M. HUFNAGEL, THERESA J. HUFNAGEL, J. JEROME MANSMANN, PATRICK W. MANSMANN, KATHLEEN MANSMANN RYGALSKI, JAMES P. MANSMANN, JOANNE T. MANSMANN, PETER J. MANSMANN, SANDRA L. MANSMANN, PETER L. MANSMANN, SARAH E. MANSMANN. KRISTINE I. MANSMANN SULLIVAN, THOMAS M. SULLIVAN, MICHELE M. MANSMANN, RONALD A. WEISENSTEIN, THERESA A. MANSMANN CAMPA, CLAYTON T. CAMPAN, ELIZABETH MANSMANN CHAMPAGNE, KEITH J. CHAMPAGNE, DENISE MANSMANN BIRD, DANIEL L. BIRD, DANIEL F. CUSICK, MARY SHEILA CUSICK, COLLEEN CUSICK, ANNE M. MCARDLE, GEORGE R. FOX, III, CARRIE FOX, KELLY FOX, ERIN L. MARSH, DENNIS J. WELSCH, MARY P. WELSCH, WILLIAM P. MORGAN, KATHLEEN S. MORGAN, JOHN DOE, JANE ROE, ET AL.,

        Respondents

No. 406 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Eakin did not participate in the decision of this matter.